192 P.3d 612

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Stice | 28709 | 09/05/2008 | Affirmed |
| Doe v. Doe | 28415, 28498 | 09/12/2008 | Vacated, remanded & affirmed |
| Agorastos v. Brown | 28330 | 09/22/2008 | Affirmed |
| Impact Financial Services v. Kamaʻaina Termite & Pest Control, Inc. | 27887 | 09/29/2008 | Affirmed |